THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley,  Plaintiff, v.  Carter's Retail,  Defendant. | Case No.: 2:17-cv-00597-DS  **NOTICE OF SETTLEMENT**  Assigned to Judge David Sam |
|---|---|

PLEASE TAKE NOTICE that, Plaintiff, Trevor Kelley, and Defendant, Carter's Retail (collectively, the "Parties"), hereby give notice that the Parties have reached settlement in this Action. The Parties anticipate filing dismissal papers within the next thirty (30) days. In conformance with DUCiv R 41-1, the Parties respectfully request the Court stay all deadlines and other matters in this Action so the Parties can finalize settlement documents.

/ / /

**RESPECTFULLY SUBMITTED** on this 23rd day of August, 2017.

                */s/ James K. Ord, III*
                JAMES K. ORD, III
                The Ord Firm, P.C.
                PO Box 16266
                Salt Lake City, UT 84116
                Telephone: (435) 214-1433
                Email: James@UtahADALaw.com
                *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 23rd day of August, 2017 I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record:

Christian J. Rowley
Seyfarth Shaw, LLP
560 Mission St., Ste 3100
San Francisco, CA 94105
415-397-2823
Email: crowley@seyfarth.com
*Attorney for Defendant*

*/s/ Sydney Rogers\**
(\* *I certify that I have the signed original of this document which is available for inspection during normal business hours by the Court or a party to this action)*