THE ORD FIRM, P.C.
James K. Ord, III (USB 14007)
PO Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@UtahADALaw.com
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| Trevor Kelley, <br><br>          Plaintiff, <br><br> v. <br><br> Carter's Retail, <br><br>          Defendant. | Case No.: 2:17-cv-00597-DS <br><br> **PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE** <br><br> Assigned to Honorable David Sam |
|---|---|

Plaintiff, Trevor Kelley, by and through undersigned counsel, hereby submits its Motion, pursuant to Federal Rule of Civil Procedure 41 (a)(1)(A)(i) and DUCivR 54-1(b) and (d), Plaintiff respectfully requests this Court dismiss this Action with prejudice.

**RESPECTFULLY** submitted on this 19th day of September, 2017.

/s/ *James K. Ord, III*
JAMES K. ORD, III, ESQ.
P.O. Box 16266
Salt Lake City, UT 84116
Telephone: (435) 214-1433
Email: james@utahADAlaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

   I hereby certify that on this 19th day of September 2017, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF system for filing and transmittal of a Notice of Electronic filing to be served upon all e-filing counsel of record as follows:

Christian J. Rowley
SEYFARTH SHAW LLP
560 MISSION ST STE 3100
SAN FRANCISCO, CA 94105
(415)397-2823
Email: crowley@seyfarth.com
*Attorney for Defendant*

*/s/ Lisa Stamper\**
(*\* I certify that I have the signed original of this document
which is available for inspection during normal business
hours by the Court or a party to this action*)