# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| TREVOR KELLEY,<br><br>     Plaintiff,<br><br> v.<br><br>CARTER'S RETAIL,<br><br>     Defendant. | Case No. 2:17-cv-00597-DS<br><br>**ORDER RE PLAINTIFF'S MOTION TO DISMISS WITH PREJUDICE**<br><br>Assigned to Honorable David Sam |

Having considered Plaintiff's Motion to Dismiss with Prejudice, and good cause appearing,

IT IS HEREBY ORDERED dismissing this matter with prejudice.

SO ORDERED this 20th day of September, 2017.

BY THE COURT:

_____

U.S. DISTRICT JUDGE DAVID SAM

1